```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LYNN ZELVIN, on behalf of himself and all                   :
others similarly situated,                                  :
                                      Plaintiff,            :
                                                            :        23-CV-8322 (VSB)
              -against-                                     :
                                                            :               ORDER
Duckett Fishing, LLC,                                       :
                                                            :
                                      Defendant.            :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on September 20, 2023, (Doc. 1), and filed an affidavit of service on October 12, 2023, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was November 1, 2023. (*See* Doc. 5.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than November 17, 2023. If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    November 3, 2023
              New York, New York

                                                                                     _____
                                                                                    VERNON S. BRODERICK
                                                                                    United States District Judge